UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHASITY M. INMAN,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )        No.:   3:10-CV-305
                                     )               (VARLAN/SHIRLEY)
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
            Defendant.               )

## ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this

Order, the Report and Recommendation [Doc. 15] entered by Magistrate Judge C. Clifford

Shirley is **ACCEPTED IN WHOLE**; plaintiff's Motion for Summary Judgment [Doc. 11]

is **DENIED**; Defendant Commissioner's Motion for Summary Judgment [Doc. 13] is

**GRANTED**; and the decision of the defendant Commissioner in this case denying plaintiff's

application for supplemental security income benefits is **AFFIRMED**.  This case is

**DISMISSED**.

IT IS SO ORDERED.


                              s/ Thomas A. Varlan_____
                              UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

____s/ Patricia L. McNutt_____
      CLERK OF COURT